# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147773

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CARLOS VARGAS,
        Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147773
COA: 316971
Wayne CC: 12-005230-FH

On order of the Court, the application for leave to appeal the August 5, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013

p1216



Clerk